1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DARWIN THOMAS (SBN 80745)
4  Assistant United States Attorney
       Room 7211 Federal Building
5      300 North Los Angeles Street
       Los Angeles, CA 90012
6      Telephone: (213) 894-2740
       Facsimile: (213) 894-0115
7      Email: Darwin.Thomas@usdoj.gov

8  Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 13-08661-JFW (PJWx) |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE |
| TODD BUSSELL, | Note Changes to Order PJW |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that petitioner has established its *prima facie* case for judicial enforcement of the subject IRS administrative summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); United States v. Abrahams, 905 F.2d 1276, 1280 (9th Cir. 1990) (the Government's *prima facie* case is typically made through the sworn declaration of the I.R.S. agent who issued the summons).

1

1   Therefore, **IT IS ORDERED** that respondent Todd Bussell appear before this
2   District Court of the United States for the Central District of California, in
3   Courtroom No. 23,
4
5   ☑   United States Court House
6        312 North Spring Street, Los Angeles, California, 90012
7   ☐   Roybal Federal Building
8        255 E. Temple Street, Los Angeles, California, 90012
9   ☐   Ronald Reagan Federal Building and United States Court House
10       411 West Fourth Street, Santa Ana, California 92701
11
12  on ~~January 13, 2014~~ January 24, 2013, at ~~12:00 p.m.~~ 11:30 a.m., and show cause why
13  testimony and production of books, records, papers and other data demanded in
14  the subject Internal Revenue Service summons should not be compelled.
15       **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
16  Memorandum of Points and Authorities and accompanying Declaration be served
17  promptly upon respondent Todd Bussell by any employee of the Internal Revenue
18  Service by personal delivery or by certified mail.
19       **IT IS FURTHER ORDERED** that within ten (10) days after service upon
20  respondent Todd Bussell of the herein described documents, respondent shall file
21  and serve a written response, supported by appropriate sworn statements, as
22  well as any desired motions. If, prior to the return date of this Order, respondent
23  Todd Bussell files a response with the Court stating that he does not desire to
24  oppose the relief sought in the Petition, nor wishes to make an appearance, then
25  respondent's appearance at any hearing pursuant to this Order to Show Cause is
26  excused, and respondent shall be deemed to have complied with the legal
27  requirements of this Order.
28

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. ~~Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.~~ All allegations in the petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

*PJW*

DATED: 12/4/13   _____
Patrick J. Walsh
United States ~~District~~ MAGISTRATE Judge

3